ACCEPTED
01-14-00628-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/5/2015 2:30:23 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00628-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

───────────◆───────────

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/5/2015 2:30:23 PM

CHRISTOPHER A. PRINE
Clerk

## No. 1919049

In the County Criminal Court at Law No. 14
Of Harris County, Texas

───────────◆───────────

**MANUEL NAVA, JR.**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

───────────◆───────────

STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

───────────◆───────────

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The State charged appellant with one count of driving while intoxicated. (1 RR at 6) The trial court denied appellant's motion to suppress evidence and appellant subsequently pled guilty to the court. (1 RR at 4-5; CR – 67-68) Appellant was sentenced to one year Harris County Jail, probated for eighteen months. (CR – 69-70) Appellant filed a timely notice of appeal and the trial court certified that he had the right

to appeal. (CR – 76-78) The State's brief was due on March 5, 2015. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

a. The undersigned attorney was not assigned this brief until <u>February 16, 2015</u>.

b. The undersigned attorney was involved in completing the following written appellate projects during the time the undersigned attorney was attempting to complete State's reply brief in this case:

   (1)     Gary Martins v. State of Texas
           No. 14-14-00688-CR
           Brief Due: March 4, 2015
   (2)     Brandon Morgan v. State of Texas
           No. 14-14-00607-CR
           Brief Due: March 4, 2015
   (3)     Mark Soliz v. State of Texas
           No. 14-14-00498-CR
           Brief Due: March 13, 2015

Consequently, the undersigned attorney has been unable to complete the State's reply brief in this case in the time permitted despite due diligence, and the requested extension of time is necessary to permit the undersigned attorney to adequately investigate, complete, and file the State's appellate brief for this cause. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant a thirty day extension of time for the undersigned attorney to complete and file the State's appellate brief in this case

Respectfully submitted,

/s/ *Patricia McLean*
**PATRICIA MCLEAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
McLean_Patricia@dao.hctx.net
TBC No. 24081687

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Maverick Ray
1419 Franklin St, 2nd Floor
Houston, Texas 77002
maverickraylaw@gmail.com

/s/ *Patricia McLean*
**PATRICIA MCLEAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
McLean_Patricia@dao.hctx.net
TBC No.24081687

Date: March 5, 2015